Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–18677–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ronald William Clemins Sr.
   241 Wilson Avenue
   Woodbury Heights, NJ 08097

Social Security No.:
   xxx–xx–8653

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/22/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 22, 2017
JAN: cmf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Ronald William Clemins, Sr.  
       Debtor

Case No. 16-18677-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 22, 2017  
                         Form ID: 148     Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2017.
```
db             +Ronald William Clemins, Sr.,    241 Wilson Avenue,    Woodbury Heights, NJ 08097-1135
cr             +DITECH FINANCIAL LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +DITECH FINANCIAL LLC,    P. O. Box 9013,    Addison, TX 75001-9013
cr             +Ditech Financial LLC,    c/o Buckley Madole PC,    99 Wood Ave South #803,
                 Iselin, NJ 08830-2713
516158521      +CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516158522      +City of Philadelphia Law Dept.,    Office of Property Assessment,    601 Walnut Street, #300 West,
                 Philadelphia, PA 19106-3314
516158523      +Ditech Financial a/k/a EverBank,    c/o Pluese, Becker & Saltzman, LLC,
                 20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
516822637       MTGLQ Investors LP,    P.O. Box 52708,    Irvine, CA 92619-2708
516822638       MTGLQ Investors LP,    P.O. Box 52708,    Irvine, CA 92619-2708,    MTGLQ Investors LP,
                 P.O. Box 52708,    Irvine, CA 92619-2708
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 22 2017 22:19:51     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 22 2017 22:19:47     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516176982      +E-mail/Text: bankruptcy@phila.gov Jun 22 2017 22:20:13
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
516158524       E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2017 22:19:25     Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
516371918       E-mail/Text: bankruptcy.bnc@ditech.com Jun 22 2017 22:19:25     Ditech Financial LLC,
                 fka Green Tree Servicing LLC,    P.O. Box 6154,    Rapid City, South Dakota 57709-6154
516158525       EDI: IRS.COM Jun 22 2017 22:04:00      IRS,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                               TOTAL: 6
```

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                                           Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor Ronald William Clemins, Sr. jenkins.clayman@verizon.net
              Francesca Ann Arcure    on behalf of Creditor    DITECH FINANCIAL LLC
               nj_ecf_notices@buckleymadole.com
              Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC
               nj_ecf_notices@buckleymadole.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
                                                                                               TOTAL: 7
```