UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on June 13. 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Case No.:

Adv. No.:

Hearing Date:

Judge:

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The court having heard the motion filed by _____Ronald W. Clemins, Sr._____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$743.08_____ will be forwarded to _____Ronald W. Clemins, Sr._____ at the following address:

_241 Wilson Ave._____

_Woodbury Heights, NJ 08097_____

_____

_____

*new.8/1/15*