**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on June 13. 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Ronald Williams Clemins, Sr.

Case No.: 16-18677

Adv. No.:

Hearing Date: June 12, 2018

Judge: Chief Judge Kathryn C. Ferguson

## ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 13, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

      The court having heard the motion filed by _____Ronald W. Clemins, Sr._____, and any objections filed, it is

      ORDERED that the motion is GRANTED and the amount of _____$743.08_____ will be forwarded to _____Ronald W. Clemins, Sr._____ at the following address:

   241 Wilson Ave._____

   Woodbury Heights, NJ 08097_____

   _____

   _____

*new.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-18677-JNP
Ronald William Clemins, Sr.                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Jun 13, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db             +Ronald William Clemins, Sr.,    241 Wilson Avenue,    Woodbury Heights, NJ 08097-1135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Ronald William Clemins, Sr. jenkins.clayman@verizon.net
              Francesca Ann Arcure    on behalf of Creditor    DITECH FINANCIAL LLC
               nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
              Francesca Ann Arcure    on behalf of Creditor    Ditech Financial LLC
               nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Nona   Ostrove    on behalf of Debtor Ronald William Clemins, Sr. nostrove@ostrovelaw.com
                                                                                               TOTAL: 9